# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152035(76)

CITY OF HUNTINGTON WOODS and CITY
OF PLEASANT RIDGE,
      Plaintiffs/Counter-Defendants
      -Appellants,

v

CITY OF OAK PARK,
      Defendant/Counter-Plaintiff
      -Appellee,

and

45TH DISTRICT COURT,
      Defendant-Appellee.
_____/

SC: 152035
COA: 321414
Oakland CC: 2013-135842-CZ

On order of the Chief Justice, the motion to strike plaintiffs-appellants' supplemental brief or, alternatively, to strike all rebuttal/reply arguments is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016



Clerk